Ryan D. White 59130-037
Federal Correction Complex Allenwood Low
P.O. Box 1000
White Deer, PA 17887



⇔59130-037⇔
Clerk Of Court
Edward Garmatz Federal Building
101 W Lombard ST
Baltimore, MD 21201
United States
U.S Courthouse

Clerk of Court
Edward Garmatz Federal Building
+ US Courthouse
101 West Lombard st.
Baltimore, MD 21201

MAY 17 2017

CLERK U.S. DISTRICT COURT
BY   DISTRICT OF MARYLAND
                           DEPUTY



SA

SA