IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RYAN DARK WHITE, #59130-037           *
    Plaintiff,
v.                                                                    *   CIVIL ACTION NO. JKB-17-1355

UNITED STATES OF AMERICA              *
ATTORNEY GENERAL ASHCROFT
ATTORNEY GENERAL GONZALEZ        *
ATTORNEY GENERAL HOLDER
ATTORNEY GENERAL LYNCH               *
ATTORNEY GENERAL SESSIONS
ROD ROSENSTEIN                                  *
WARDEN DONNA HANSEN
LARRY HOGAN                                        *
MARTIN O'MALLEY
UNNAMED DEFENDANTS, 1-200         *
    Defendants.
                               *****

## ORDER

In accordance with the foregoing Memorandum, it is this __2__ day of June, 2017, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The complaint IS DISMISSED WITHOUT PREJUDICE;

2. The Clerk SHALL CLOSE this case; and

3. The Clerk SHALL SEND a copy of this Order, the Memorandum, and a 28 U.S.C. § 2255 form packet to Ryan Dark White.

                                                _/s/ James K. Bredar_
                                                James K. Bredar
                                                United States District Judge