FILED: January 29, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-6750
(1:17-cv-01355-JKB)
_____

RYAN DARK WHITE, Name, as Attorney-In-Fact and representing the whole Class of Plaintiffs

   Plaintiff - Appellant

v.

UNITED STATES OF AMERICA; ATTORNEY GENERAL ASHCROFT; ATTORNEY GENERAL GONZALEZ; ATTORNEY GENERAL HOLDER; ATTORNEY GENERAL LYNCH; ATTORNEY GENERAL SESSIONS; ROD ROSENSTEIN; DONNA HANSEN, Warden; LARRY HOGAN, Governor of the State of Maryland.; MARTIN O'MALLEY, Governor of the State of Maryland; UNNAMED DEFENDANTS, 1-200

   Defendants - Appellees

_____

M A N D A T E
_____

  The judgment of this court, entered December 7, 2017, takes effect today.

  This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*